UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

           Plaintiff,

  v.

SHAWNA BRUNS,

           Defendant.

Case No. CR18-217 RSM

**DETENTION ORDER**

The Court conducted a detention hearing under 18 U.S.C. § 3142(f), and based upon the findings and reasons below finds there are no conditions or combination of conditions defendant can meet which will reasonably assure defendant's appearance and the safety of other persons and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

(1)    Defendant is charged with conspiring to distribute controlled substances and other drug related offenses. The Court finds defendant has failed to overcome the presumption of danger and flight that attaches to this offense. Although defendant has not been previously convicted of a criminal offense, she has engaged according to the government in significant criminal conduct for years. She has a lengthy and serious drug addiction problem. She has resided with the co-defendant for years engaged in alleged drug trafficking activities involving

DETENTION ORDER - 1

large quantities of drugs and yielding large amounts of money. She has engaged in financial transactions which the government indicates were designed to shield her illegal activities. When the house she was living in was raided by police, a large number of weapons were found. She has the power to influence friends and family to remove for large amounts of money that was hidden away.

(2) It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 20th day of June, 2019.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge