The Honorable Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAWNA BRUNS,<br><br>Defendant. | NO. CR18-217 RSM<br><br>**ORDER TO SEAL SENTENCING SUPPLEMENT EXHIBIT A** |

Based upon the motion of the United States, and the representations made therein, it is HEREBY ORDERED that:

The Exhibit A in this matter be FILED UNDER SEAL because it contains sensitive information relating to Ms. Bruns and her co-defendants and is not permitted to be made publicly available.

//
//
//

Order to Seal - 1
*United States v.* Shawna Bruns, CR18-217RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO ORDERED this 7th day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*S/ Michael Lang*
MICHAEL LANG
Assistant United States Attorney
Order to Seal - 2
*United States v.* Shawna Bruns, CR18-217RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970