Chief Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAWNA M. BRUNS,<br><br>Defendant. | NO. CR18-217 RSM<br><br>ORDER GRANTING DEFENDANT SHAWNA BRUNS' UNOPPOSED MOTION TO SEAL DEFENDANT'S SENTENCING MEMORANDUM |

This Court has considered Defendant Shawna Bruns' Unopposed Motion to Seal Defendant's Sentencing Memorandum, this proposed form of Order, and the records and pleadings already on file. It is therefore

ORDERED that Defendant Shawna Bruns' Unopposed Motion to Seal Defendant's Sentencing Memorandum is GRANTED and that Defendant Shawna Bruns' Sentencing Memorandum and appendices shall remain under seal.

DATED this 7th day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO SEAL DEFENDANT'S SENTENCING MEMORANDUM– 1
[United States v. Bruns, No. CR18-217 RSM]

Allen, Hansen, Maybrown & Offenbecher, P.S.
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681