JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-217-RSM |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING MOTION FOR |
| v. | ) | EARLY TERMINATION OF |
| | ) | SUPERVISED RELEASE |
| SHAWNA BRUNS, | ) | |
| Defendant. | ) | |

This matter having come before the Court on the Defendant's Motion for Early Termination of Supervised Release, and the Court having reviewed the motion, responsive pleadings, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of Ms. Bruns's supervised release is warranted by the conduct of Ms. Bruns and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Ms. Bruns shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DONE this 27th day of September, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION
FOR EARLY TERMINATION OF SR
(*U.S. v. Shawna Bruns*, CR18-217-RSM) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

Presented by:

s/ *Mohammad Ali Hamoudi*
Assistant Federal Public Defender
Attorney for Shawna Bruns

ORDER GRANTING MOTION
FOR EARLY TERMINATION OF SR
(*U.S. v. Shawna Bruns*, CR18-217-RSM) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**